# Exhibit 6

## Infringements found on Vinigay.com

1. Cory Fucks Lucas: http://www.vinigay.com/videos/194/cody-fudendo-lucas.html,
2. Dave Fucks Dawson: http://www.vinigay.com/videos/191/dave-fudendo-dawson.html,
3. Cain Fucks Travis: http://www.vinigay.com/videos/191/dave-fudendo-dawson.html,

LMH-007
Exhibit 6