Name **Marc Randazza**
Bar # **027861**
Firm **Randazza Legal Group**
Address **3969 Fourth Ave #204**
**San Diego, CA 92103**
**MJR@randazza.com**
Telephone **888-667-1113**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**Liberty Media Holdings, LLC**

    Plaintiff,

vs.

**Vmigay.com, et al.**
    Defendant.

Case No. **11-CV-00280-LOA**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of **Plaintiff**
in compliance with the provisions of: *(check one)*

    **X**    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

___ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

___ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __15__ day of __Feb__, __2011__.

_____
Counsel of Record

Certificate of Service:

See Attached

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on February 16, 2011.  As Plaintiff is unable to locate a valid physical address for Defendants, Plaintiff is unable to serve any Defendant.

Dated: February 16 2011                Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com