1  Marc J. Randazza, Esq.,
   Arizona Bar No. 027861
2  Randazza Legal Group
   3969 Fourth Avenue, Suite 204
3  San Diego, CA 92103
   888-667-1113
4  305-437-7662 (fax)
   MJR@randazza.com
5

6  Attorney for Plaintiff,
   LIBERTY MEDIA HOLDINGS, LLC
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10 LIBERTY MEDIA HOLDINGS, LLC      )   Case No. 11-CV-00280-LOA
                                    )
11           Plaintiff,             )   **DECLARATION OF MARC RANDAZZA**
                                    )   **IN SUPPORT OF MOTION TO**
12    vs.                           )   **SUBSTITUTE NAME OF VINICIUS ALVES**
                                    )   **FOR DOE 1**
13                                  )
                                    )
14 VINIGAY.COM, GUSTAVO PALADESKI,  )
   VINICIUS ALVES, AND DOES 2-100   )
15                                  )
             Defendants.            )
16                                  )
                                    )
17

I, Marc Randazza, declare under penalty of perjury:

1.   I am the attorney for Plaintiff Liberty Media Holdings.

2.   On February 15, 2011, I received an email from Vinicius Alves claiming to be responsible for the website www.vinigay.com.

3.   As such, I believe it is appropriate to amend the complaint and substitute in the name "Vinicius Alves," in place of Doe 1.

Date: February 16, 2011.                s/ Marc Randazza
                                        Marc Randazza, Arizona Bar No. 027861
                                        Randazza Legal Group
                                        3969 Fourth Avenue, Suite 204
                                        San Diego, CA 92103
                                        888-667-1113,
                                        305-437-7662 (fax)
                                        MJR@randazza.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on February 16, 2011. As Plaintiff is unable to locate a valid physical address for Defendants, Plaintiff is unable to serve any Defendant.

Dated: February 16, 2011             Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com