IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Media Holdings, LLC, | No. CV-11-0280-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Vinigay.com; Gustavo Paladeski; Vinicius Alves, | |
| Defendants. | |

The Court has received and considered Plaintiff's Response t to Order to Show Cause. (Doc. 19)  Plaintiff has also now filed a Motion for Entry of Default. (Doc. 20).

Therefore,

**IT IS ORDERED** that the Court's Order to Show Cause issued April 11, 2011, doc. 18, is hereby **DISCHARGED**.

DATED this 14th day of April, 2011.

Lawrence O. Anderson
United States Magistrate Judge