# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

CIV 11-280-PHX-LOA                       DATE: 7/8/2011
   Year   Case No   Initials

Title: Liberty Media Holdings, LLC          vs.   Vinigay.com, et al
         Plaintiff                                     Defendants
================================================================

HON: LAWRENCE O. ANDERSON            Judge # 70BI

Lisa Richter                                Courtsmart
Deputy Clerk                                Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**            **Attorney(s) for Defendant(s)**

Marc Randazza
Elizabeth Hutchens

================================================================

**PROCEEDINGS:**    __XXX__ Open Court    ____ Chambers    ____ Other

Hearing held on Motion for Default Judgment (doc. 24).

Plaintiff makes an opening statement. Eric Gapp (telephonically) is sworn and examined. Exhibits 4 and 1 are admitted in evidence. Witness excused. Henry Leonard is sworn and examined. Exhibit 5 is admitted in evidence. Witness excused.

Plaintiff's counsel to submit a post hearing memorandum and proposed judgment not later than July 29, 2011. Plaintiff's post hearing memorandum will be marked as Exhibit 6.

The matter is taken under advisement pending review of documents to be submitted.

Time in court: 1 hour