Marc J. Randazza, Esq.,
Arizona Bar No. 027861
Randazza Legal Group
10620 Southern Highlands Pkwy, Ste. 110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Liberty Media Holdings, LLC | Case No. 11-CV-0280-PHX-LOA |
| Plaintiff, | **Declaration of Eric Gapp in Support of Supplement** |
| vs. |  |
| Vinigay.com; Gustavo Paladeski; Vinicius Alves | |
| Defendants. | |

I, Eric Gapp, declare under penalty of perjury that:

1.      I am the Vice President of Intellectual Property Management for Plaintiff Liberty Media Holdings (Liberty).

2.      As part of my duties, I regularly patrol the Internet for instances of piracy, and actively participate in litigation against online pirates.

3.      As such, the following is based upon personal knowledge.

4.      On February 7, 2010, I became aware of the website, Vinigay.com, and conducted a review of the site.  During this review, I discovered the Works being displayed and distributed by Vinigay.com.  In fact, the sole type of videos appearing on the Vinigay.com website appeared to be the copyrighted works of Plaintiff and other studios.

5.      I made copies of specific web pages displayed on the Vinigay.com website, including the Terms of Use, a true and correct copy of which is attached to this supplement as Attachment A.

6.      I additionally researched the registration information for the website.  A true and correct copy of the registration information, showing the Registrar was Wild West Domains, was filed as ECF Doc. 24-4.

7.      A true and correct copy of the Whois information showing the registrant as Gustavo Paladeski was filed as ECF Doc. 1-2.

8.      The current Whois registration page shows that the vinigay.com website was shut down for copyright infringement.  A true and correct copy is attached to this Notice as Attachment B.

Signed on July 31, 2011 in San Diego, California.

s/ Eric Gapp

Eric Gapp

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the foregoing document was filed using this Court's CM/ECF system on July 31, 2011.  Service was made on Defendants by email pursuant to the Court's Order (ECF No. 10).

Dated: July 31, 2011                         Respectfully submitted,

                                         s/ Marc Randazza
                                       Marc J. Randazza, SBN 269535
                                       Randazza Legal Group
                                       10620 Southern Highlands Pkwy, Ste. 110-454
                                       Las Vegas, NV 89141
                                       888-667-1113
                                       305-437-7662 (fax)
                                       mjr@randazza.com

Declaration of Eric Gapp in Support of Notice of Supplemental Evidence