IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Liberty Media Holdings, LLC, | ) | No. CV-11-0280-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Vinigay.Com, Gustavo Paladeski, Vinicius Alves, and Does 2-100, | ) | |
| Defendants. | ) | |

The Court has received Plaintiff's Motion for Leave to Supplement/Correct Record. (Doc. 36) Plaintiff has established that a district court has wide discretion to grant a party leave to supplement the record upon request in order that the court may obtain accurate information when making its ruling. *Dexter Distrib. Corp. v. ANMP*, Case No. CV 09-1099-PHX-JAT, 2010 U.S. Dist. LEXIS 36695, * 14-15 (D.Ariz., Mar. 18, 2010) (granting movant leave to supplement record with additional filings); *U.S. v. Maris*, 2011 WL 468554, * 5 n. 5 (D.Nev., Feb. 4, 2011) (granting leave to file supplemental materials after motions were filed and a hearing held on a motion for summary judgment); *Mitchel v. Holder*, 2010 WL 816761, * 1 n.1 (N.D.Cal., Mar. 9, 2010) (granting leave to file supplemental memorandum concerning newly obtained evidence); *Lumsden v. United States*, 2010 WL 2232946, * 1 (E.D.N.C., June 3, 2010) (granting a party leave to submit additional newly discovered evidence).

Pursuant to Plaintiff's request and good cause appearing,

1  **IT IS ORDERED** that all requested relief sought in Plaintiff's Motion, doc.
2  36, is **GRANTED**.
3  **IT IS FURTHER ORDERED** that, if it has not already done so, Plaintiff
4  shall supplement or correct the record by **Wednesday, August 10, 2011**.
5  Dated this 2nd day of August, 2011.

Lawrence O. Anderson
United States Magistrate Judge