**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Liberty Media Holdings, LLC, | ) | No. CV-11-0280-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vinigay.com; Gustavo Paladeski; Vinicius Alves, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has received Plaintiff's timely Response to Order to Show Cause.  (Doc. 39)  Upon review of Plaintiff's Response, the Court construes it also be a request for leave to supplement the record.

A district court has wide discretion to grant a party leave to supplement the record upon request in order that the court may obtain accurate information when making its ruling. *LimoStars, Inc. v. New Jersey Car and Limo, Inc*., 2011 WL 3471092, * 3 n. 5 (D.Ariz. August 8, 2011) (granting leave to supplement record after default damages hearing) (citing *United States v. Maris*, 2011 WL 468554, * 5 n. 5 (D.Nev. Feb. 4, 2011) (granting leave to file supplemental materials after motions were filed and a hearing held on a motion for summary judgment); *Mitchel v. Holder*, 2010 WL 816761, * 1 n. 1 (N.D.Cal. Mar. 9, 2010) (granting leave to file supplemental memorandum concerning newly obtained evidence); *Lumsden v. United States*, 2010 WL 2232946, * 1 (E.D.N.C. June 3, 2010) (granting party leave to submit additional newly discovered evidence).

1    With dual goals of determining the truth and achieving justice when Plaintiff has
2  been denied any discovery due to Defendants' default, the Court finds good cause to grant
3  Plaintiff's request for leave to supplement the record herein.

4    Accordingly,

5    **IT IS ORDERED** that the Court's Order to Show Cause, issued November 21,
6  2011, doc. 38, is hereby **DISCHARGED**.

7    **IT IS FURTHER ORDERED** that Plaintiff's request for leave to supplement the
8  record, doc. 39, is **GRANTED**. Plaintiff's Response to Order to Show Cause and the
9  attached Declaration of Brian Dunlap, doc. 39-1 at 1-2, are hereby deemed part of the
10  default damages record.

11    **IT IS FURTHER ORDERED** that Plaintiff's Application for Entry of Default
12  Judgment, doc. 24, remains under advisement for ruling.

13    Dated this 30th day of November, 2011.

Lawrence O. Anderson
United States Magistrate Judge