# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Liberty Media Holdings, LLC, non-profit corporation, | ) ) ) | |
| Plaintiff, | ) ) | CV-11-280-PHX-SMM (LOA) |
| vs. | ) ) | |
| Vinigay.com; Gustavo Paladeski; Vinicious Alves, | ) ) ) | **DEFAULT JUDGMENT** |
| Defendants. | ) ) | |

___  **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS HEREBY ORDERED that default judgment  is hereby entered against Defendant Gustavo Paladeski and in favor of Plaintiff Liberty Media Holdings, LLC in the amount of $1,006,380.90 ($990,440.40 + $15,940.50 for attorney's fees, costs and travel expenses). The Judgment shall earn interest at the annual federal rate from the date of entry of this Judgment until paid in full.

IT IS FURTHER ORDERED ENTERING a permanent injunction in favor of Plaintiff Liberty Media Holdings, LLC against Defendant Gustavo Paladeski, his agents, representatives, servants, employees, attorneys, successors and assigns, and all others acting in concert or participation with him, enjoining and restraining them from copying, posting or making any other infringing use or infringing distribution of Plaintiff's audiovisual works, photographs or other materials.

IT IS FURTHER ORDERED ENTERING an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a), impounding all infringing copies of Plaintiff's copyrighted works, that are in Defendant Paladeski's possession or under his control until the judgment entered herein is paid in full.

DEFAULT JUDGMENT ENTERED this 27th of February, 2012.

BRIAN D. KARTH, CLERK/DCE


 s/L. Dixon
Deputy Clerk